Case 09-01302    Doc 38    Filed 05/12/09    Entered 05/13/09 07:11:51    Desc Main
Document    Page 1 of 2

09-01302:31.1:Motion to Compromise or Settlement per Rule 9019:Proposed Order Entered: 4/16/2009 12:03:07 PM by:James Irving Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | No. 09 B 01302 |
| Robert L. Seidel and | ) | |
| Marie C. Seidel, | ) | |
| | ) | Honorable Susan Pierson Sonderby |
| | ) | Hearing Date: ~~Wednesday~~ Tuesday, |
| Debtors. | ) | May 12, 2009, at 10:00 a.m. |

## AGREED ORDER APPROVING SETTLEMENT

This matter coming on to be heard on the Trustee's Motion To Approve Settlement (the "Motion"); due notice of the Motion having been given, the Court having heard arguments of counsel; and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. Debtors shall pay $4,078.00 to the Trustee;

2. On the first day of every month beginning on May 1, 2009 and continuing until the Debtors have remitted the entire $4,078.00 to the Trustee, the Debtors shall make a monthly payment of $100 to the Trustee and these payments shall be deducted from the $4,078.00 balance the Debtors owe to the Trustee;

3. On April 1, 2010, or when the Debtors receive their 2009 federal tax refund, whichever comes first, the Debtors shall remit to the Trustee whatever balance of the $4,078.00 that the Debtors have not yet paid the Trustee;

4. If the Debtors should fail to make a timely or sufficient payment to the Trustee, the Trustee shall give notice to the Debtors of their deficiency via electronic mail. The Debtors shall deliver the full amount of any late or insufficient payment to the Trustee by 4:00 p.m. Central Time on the close of the second business day after the Trustee gave notice to the Debtors

CENTRAL\31213434.1

Case 09-01302 Doc 38 Filed 05/12/09 Entered 05/13/09 07:11:51 Desc Main Document Page 2 of 2

09-01302:31.1:Motion to Compromise or Settlement per Rule 9019:Proposed Order Entered: 4/16/2009 12:03:07 PM by:James Irving Page 2 of 2

of their deficiency. If the Trustee has not received sufficient payment by this time, the Trustee shall file an affidavit of non-payment and shall move the Court to enter an order denying Debtors their discharge.

5. Trustee shall refrain from moving to deny the Debtors discharge pursuant to Section 727(b) of the United States Bankruptcy Code only so long as Debtors comply with the terms of this settlement;

6. This order is a final order and effective immediately.

ENTER:

Date: MAY 1 2 2009

_____
United States Bankruptcy Judge

CENTRAL\31213434.1 -                    2