UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
SEIDEL SR, ROBERT L § Case No. 09-01302
SEIDEL, MARIE C §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 01/16/2009 . The undersigned trustee was appointed on 01/16/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $        4,078.22

    Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | 0.00 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 4,078.22 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

6. The deadline for filing claims in this case was 05/29/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 994.56 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 994.56 , for a total compensation of $ 994.56 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/24/2010            By:/s/PHILIP V. MARTINO
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## TASKS PERFORMED BY TRUSTEE

Reviewed petition in preparation for 341 meeting; attended the 341 meeting; conferences with Debtors' and creditors' counsel regarding assets; reviewed court claims docket and proofs of claim; settlement with Debtors for tax refund; addressed income tax issues (no return required); maintained estate's bookkeeping records, and filed the necessary reports, including this final report, with the Office of the U.S. Trustee.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No: | 09-01302    SPS    Judge: SUSAN PIERSON SONDERBY | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | SEIDEL SR, ROBERT L | Date Filed (f) or Converted (c): | 01/16/09 (f) |
| | SEIDEL, MARIE C | 341(a) Meeting Date: | 02/25/09 |
| For Period Ending: | 07/20/10 | Claims Bar Date: | 05/29/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 224 WESTRIDGE BLVD., BARTLETT, IL 60103 | 285,000.00 | 0.00 | DA | 0.00 | FA |
| 2. U.S. CURRENCY | 20.00 | 0.00 | DA | 0.00 | FA |
| 3. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 4. WEST SUBURBAN BANK: CHECKING | 820.00 | 0.00 | DA | 0.00 | FA |
| 5. WEST SUBURBAN BANK: SAVINGS | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 6. ORDINARY HOUSEHOLD GOODS AND FURNISHINGS NONE IN E | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7. ORDINARY WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 8. ORDINARY WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 9. WEDDING RING | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 10. COUNTY OF COOK DEFINED BENEFIT | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. DISTRICT 46-IMRF | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. 2004 NISSAN MAXIMA | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 13. 2000: KIA SEPHIA (123000 MILES) | 1,050.00 | 0.00 | DA | 0.00 | FA |
| 14. 2000 PONTIAC GRAND AM (133000 MILES) | 1,550.00 | 0.00 | DA | 0.00 | FA |
| 15. 2009 Tax Return (u) | 0.00 | 4,078.00 | | 4,078.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.27 | Unknown |
| TOTALS (Excluding Unknown Values) | $304,240.00 | $4,078.00 | | $4,078.27 | $0.00 |
| | | | | | Gross Value of Remaining Assets |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 12/31/10

Date: _____

LFORM1    Ver: 15.10b

Page: 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:     09-01302    SPS    Judge: SUSAN PIERSON SONDERBY
Case Name:   SEIDEL SR, ROBERT L
             SEIDEL, MARIE C

Trustee Name:                       PHILIP V. MARTINO
Date Filed (f) or Converted (c):    01/16/09 (f)
341(a) Meeting Date:                02/25/09
Claims Bar Date:                    05/29/09

PHILIP V. MARTINO

Ver: 15.10b
LFORM1

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-01302 -SPS | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | SEIDEL SR, ROBERT L / SEIDEL, MARIE C | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******0980 | Account Number / CD #: | *******0315 BofA - Money Market Account |
| For Period Ending: | 07/20/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/27/09 | 15 | Marie C. Seidel | May 1 payment | 1224-000 | 100.00 | | 100.00 |
| 05/27/09 | 15 | Marie C. Seidel | June 1 Payment | 1224-000 | 100.00 | | 200.00 |
| 06/26/09 | 15 | Marie C. Seidel | | 1224-000 | 100.00 | | 300.00 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 300.01 |
| 07/31/09 | 15 | Marie Seidel 224 Westridge Blvd. Bartlett, IL 60103 | August 1 Payment | 1224-000 | 100.00 | | 400.01 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 400.02 |
| 08/31/09 | 15 | Robert Seidel 220 Westbridge Blvd. Bartlett, IL | Sept. 1 Payment | 1224-000 | 100.00 | | 500.02 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 500.03 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 500.04 |
| 10/02/09 | 15 | Robert Seidel | October payment | 1224-000 | 100.00 | | 600.04 |
| 10/29/09 | 15 | Robert Seidel | November payment | 1224-000 | 100.00 | | 700.04 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 700.05 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 700.07 |
| 12/17/09 | 15 | Marie Seidel | December payment | 1224-000 | 100.00 | | 800.07 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 800.09 |
| 01/05/10 | 15 | Robert Seidel 224 Westbridge Blvd. Bartlett, IL 60103 | January 2010 payment | 1224-000 | 100.00 | | 900.09 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 900.11 |
| 02/04/10 | 15 | Robert Seidel | February payment | 1224-000 | 100.00 | | 1,000.11 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 1,000.13 |
| 03/09/10 | 15 | Marie Seidel | | 1224-000 | 100.00 | | 1,100.13 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,100.16 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,100.19 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,100.22 |

Page Subtotals 1,100.22 0.00

Page: 1

LFORM24 Ver: 15.10b

Page: 2

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-01302 -SPS | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | SEIDEL SR, ROBERT L / SEIDEL, MARIE C | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******0980 | Account Number / CD #: | *******0315 BofA - Money Market Account |
| For Period Ending: | 07/20/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/21/10 | 15 | Marie C. Seidel | | 1224-000 | 2,978.00 | | 4,078.22 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 4,078.27 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 4,078.27 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 4,078.27 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 4,078.27 | 0.00 |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS BofA - Money Market Account - *******0315 | 4,078.27 | 0.00 | 4,078.27 |
| | 4,078.27 | 0.00 | 4,078.27 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    2,978.05    0.00

Ver: 15.10b
LFORM24

ANALYSIS OF CLAIMS REGISTER

CASE NO:   09-01302-SPS
CASE NAME:   SEIDEL SR, ROBERT L
CLAIMS BAR DATE:   05/29/09
CLAIMS REVIEWED BY:   PHILIP V. MARTINO, Trustee

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | PHILIP V. MARTINO<br>203 NORTH LASALLE STREET<br>SUITE 1800<br>CHICAGO, IL 60601 | Administrative | | 0.00 | 994.57 | 994.57 |
| | PHILIP V. MARTINO<br>203 NORTH LASALLE STREET<br>SUITE 1800<br>CHICAGO, IL 60601 | Administrative | | 0.00 | 0.00 | 0.00 |
| 001<br>3210-00 | DLA Piper | Administrative | | 2,415.50 | 2,415.50 | 2,415.50 |
| | | Subtotal for Class Administrative | | 2,415.50 | 3,410.07 | 3,410.07 |
| 000001<br>070<br>7100-00 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | 474.00 | 666.55 | 666.55 |
| 000002<br>070<br>7100-00 | Chase Bank USA<br>c/o WEINSTEIN & RILEY, P.S.<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121 | Unsecured | | 197.00 | 361.62 | 361.62 |
| 000003<br>070<br>7100-00 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | 2,306.00 | 2,564.58 | 2,564.58 |
| 000004<br>070<br>7100-00 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington DE 19850-5145 | Unsecured | | 8,088.00 | 8,847.69 | 8,847.69 |
| 000005<br>070<br>7100-00 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington DE 19850-5145 | Unsecured | | 3,906.00 | 4,292.43 | 4,292.43 |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000006 070 7100-00 | PYOD LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | 3,177.00 | 3,177.83 | 3,177.83 |
| 000007 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | 8,314.00 | 8,835.84 | 8,835.84 |
| 000008 070 7100-00 | Sallie Mae c/o Sallie Mae Inc. 220 Lasley Ave Wilkes-Barre, PA 18706 | Unsecured | | 13,780.00 | 14,120.08 | 14,120.08 |
| 000009 070 7100-00 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | | 0.00 | 5,370.20 | 5,370.20 |
| 000010 070 7100-00 | Recovery Management Systems Corporation For GE Money Bank dba MOHAWK/GEMB 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Unsecured | | 3,967.00 | 3,967.41 | 3,967.41 |
| 000011 070 7100-00 | Recovery Management Systems Corporation For GE Money Bank dba SAM'S CLUB 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Unsecured | | 399.00 | 327.32 | 327.32 |
| 000012 070 7100-00 | Recovery Management Systems Corporation For GE Money Bank dba LOWES CONSUMER 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Unsecured | | 2,698.00 | 2,848.03 | 2,848.03 |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000013 070 7100-00 | Recovery Management Systems Corporation For GE Money Bank dba SAM'S CLUB 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Unsecured | | 0.00 | 524.86 | 524.86 |
| | Subtotal for Class Unsecured | | | 47,306.00 | 55,904.44 | 55,904.44 |
| | Case Totals: | | | 49,721.50 | 59,314.51 | 59,314.51 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-01302
Case Name: SEIDEL SR, ROBERT L
　　　　　　SEIDEL, MARIE C
Trustee Name: PHILIP V. MARTINO

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: PHILIP V. MARTINO | $ 994.56 | $ 0.00 |
| Attorney for trustee: DLA Piper | $ 2,415.50 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|                        | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* |                  | $    | $        |
| *Attorney for:*        |                  | $    | $        |
| *Accountant for:*      |                  | $    | $        |
| *Appraiser for:*       |                  | $    | $        |
| *Other:*               |                  | $    | $        |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,904.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | PYOD LLC its successors and assigns as assignee of | $ 666.55 | $ 7.97 |
| 000002 | Chase Bank USA | $ 361.62 | $ 4.32 |

UST Form 101-7-TFR (9/1/2009) *(Page: 10)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | Discover Bank/DFS Services LLC | $ 2,564.58 | $ 30.65 |
| 000004 | Chase Bank USA NA | $ 8,847.69 | $ 105.75 |
| 000005 | Chase Bank USA NA | $ 4,292.43 | $ 51.30 |
| 000006 | PYOD LLC its successors and assigns as assignee of | $ 3,177.83 | $ 37.98 |
| 000007 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 8,835.84 | $ 105.60 |
| 000008 | Sallie Mae | $ 14,120.08 | $ 168.76 |
| 000009 | American Express Centurion Bank | $ 5,370.20 | $ 64.18 |
| 000010 | Recovery Management Systems Corporation | $ 3,967.41 | $ 47.42 |
| 000011 | Recovery Management Systems Corporation | $ 327.32 | $ 3.91 |
| 000012 | Recovery Management Systems Corporation | $ 2,848.03 | $ 34.04 |
| 000013 | Recovery Management Systems Corporation | $ 524.86 | $ 6.28 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .