UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SEIDEL SR, ROBERT L | ) | Case No. 09-01302-SPS |
| SEIDEL, MARIE C | ) | |
| Debtor(s). | ) | Hon. SUSAN PIERSON SONDERBY |

### Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:  UNITED STATES BANKRUPTCY COURT, 219 SOUTH DEARBORN, COURTROOM 642, CHICAGO, IL 60604

   On: Tuesday, August 17, 2010    Time: 10:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---:|
   | Receipts | $4,078.27 |
   | Disbursements | $0.00 |
   | Net Cash Available for Distribution | $4,078.27 |

Document   Page 2 of 4

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| PHILIP V. MARTINO<br>*Trustee Compensation* | $0.00 | $994.57 | $0.00 |
| DLA PIPER<br>*Attorney for Trustee* | $0.00 | $2,415.50 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $55,904.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 1.2000%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Pyod LLC Its Successors And Assigns | $666.55 | $7.97 |
| 000002 | Chase Bank USA | $361.62 | $4.32 |
| 000003 | Discover Bank/Dfs Services LLC | $2,564.58 | $30.65 |

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | Chase Bank USA Na | $8,847.69 | $105.75 |
| 000005 | Chase Bank USA Na | $4,292.43 | $51.31 |
| 000006 | Pyod LLC Its Successors And Assigns | $3,177.83 | $37.98 |
| 000007 | Fia Card Services, Na/Bank Of Ameri | $8,835.84 | $105.61 |
| 000008 | Sallie Mae | $14,120.08 | $168.77 |
| 000009 | American Express Centurion Bank | $5,370.20 | $64.19 |
| 000010 | Recovery Management Systems Corpora | $3,967.41 | $47.42 |
| 000011 | Recovery Management Systems Corpora | $327.32 | $3.91 |
| 000012 | Recovery Management Systems Corpora | $2,848.03 | $34.04 |
| 000013 | Recovery Management Systems Corpora | $524.86 | $6.28 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| 224 WESTRIDGE BLVD., BARTLETT, IL 60103 | $285,000.00 |
| U.S. CURRENCY | $20.00 |
| WEST SUBURBAN BANK: CHECKING | $820.00 |
| WEST SUBURBAN BANK: SAVINGS | $1,800.00 |
| ORDINARY HOUSEHOLD GOODS AND FURNISHINGS NONE IN E | $1,500.00 |
| ORDINARY WEARING APPAREL | $500.00 |
| ORDINARY WEARING APPAREL | $500.00 |
| WEDDING RING | $2,500.00 |

| | |
|---|---|
| COUNTY OF COOK DEFINED BENEFIT | $0.00 |
| DISTRICT 46-IMRF | $0.00 |
| 2004 NISSAN MAXIMA | $9,000.00 |
| 2000: KIA SEPHIA (123000 MILES) | $1,050.00 |
| 2000 PONTIAC GRAND AM (133000 MILES) | $1,550.00 |

Dated: July 20, 2010                                         For the Court,

                                                By:   /s/ Philip V. Martino
                                                      Philip V. Martino, Trustee

Trustee:      Philip V. Martino
Address:      203 North Lasalle Street
              Suite 1800
              Chicago, IL  60601
Phone No.:    (312) 368-2165