UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SEIDEL SR, ROBERT L | ) | Case No. 09-01302-SPS |
| SEIDEL, MARIE C | ) | |
| Debtor(s). | ) | Hon. SUSAN PIERSON SONDERBY |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: UNITED STATES BANKRUPTCY COURT, 219 SOUTH DEARBORN, COURTROOM 642, CHICAGO, IL 60604

   On: Tuesday, August 17, 2010    Time: 10:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                       $4,078.27

   Disbursements                                      $0.00

   Net Cash Available for Distribution            $4,078.27

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| PHILIP V. MARTINO<br>*Trustee Compensation* | $0.00 | $994.57 | $0.00 |
| DLA PIPER<br>*Attorney for Trustee* | $0.00 | $2,415.50 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $55,904.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 1.2000%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Pyod LLC Its Successors And Assigns | $666.55 | $7.97 |
| 000002 | Chase Bank USA | $361.62 | $4.32 |
| 000003 | Discover Bank/Dfs Services LLC | $2,564.58 | $30.65 |

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
| --- | --- | --- | --- |
| 000004 | Chase Bank USA Na | $8,847.69 | $105.75 |
| 000005 | Chase Bank USA Na | $4,292.43 | $51.31 |
| 000006 | Pyod LLC Its Successors And Assigns | $3,177.83 | $37.98 |
| 000007 | Fia Card Services, Na/Bank Of Ameri | $8,835.84 | $105.61 |
| 000008 | Sallie Mae | $14,120.08 | $168.77 |
| 000009 | American Express Centurion Bank | $5,370.20 | $64.19 |
| 000010 | Recovery Management Systems Corpora | $3,967.41 | $47.42 |
| 000011 | Recovery Management Systems Corpora | $327.32 | $3.91 |
| 000012 | Recovery Management Systems Corpora | $2,848.03 | $34.04 |
| 000013 | Recovery Management Systems Corpora | $524.86 | $6.28 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
| --- | --- |
| 224 WESTRIDGE BLVD., BARTLETT, IL 60103 | $285,000.00 |
| U.S. CURRENCY | $20.00 |
| WEST SUBURBAN BANK: CHECKING | $820.00 |
| WEST SUBURBAN BANK: SAVINGS | $1,800.00 |
| ORDINARY HOUSEHOLD GOODS AND FURNISHINGS NONE IN E | $1,500.00 |
| ORDINARY WEARING APPAREL | $500.00 |
| ORDINARY WEARING APPAREL | $500.00 |
| WEDDING RING | $2,500.00 |

| | |
|---|---:|
| COUNTY OF COOK DEFINED BENEFIT | $0.00 |
| DISTRICT 46-IMRF | $0.00 |
| 2004 NISSAN MAXIMA | $9,000.00 |
| 2000: KIA SEPHIA (123000 MILES) | $1,050.00 |
| 2000 PONTIAC GRAND AM (133000 MILES) | $1,550.00 |

Dated: July 20, 2010                              For the Court,

By: /s/ Philip V. Martino
Philip V. Martino, Trustee

Trustee:     Philip V. Martino
Address:     203 North Lasalle Street
             Suite 1800
             Chicago, IL 60601
Phone No.:   (312) 368-2165

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
SEIDEL SR, ROBERT L § Case No. 09-01302
SEIDEL, MARIE C §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 01/16/2009 . The undersigned trustee was appointed on 01/16/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $          4,078.22

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Administrative expenses | 0.00 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]  $ | 4,078.22 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

      6. The deadline for filing claims in this case was 05/29/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 994.56. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 994.56, for a total compensation of $ 994.56. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 0.00, for total expenses of $ 0.00.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/24/2010          By: /s/PHILIP V. MARTINO
                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## TASKS PERFORMED BY TRUSTEE

Reviewed petition in preparation for 341 meeting; attended the 341 meeting; conferences with Debtors' and creditors' counsel regarding assets; reviewed court claims docket and proofs of claim; settlement with Debtors for tax refund; addressed income tax issues (no return required); maintained estate's bookkeeping records, and filed the necessary reports, including this final report, with the Office of the U.S. Trustee.

QB\10582493.1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No.: | 09-01302   SPS   Judge: SUSAN PIERSON SONDERBY | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | SEIDEL SR, ROBERT L | Date Filed (f) or Converted (c): | 01/16/09 (f) |
| | SEIDEL, MARIE C | 341(a) Meeting Date: | 02/25/09 |
| For Period Ending: | 07/20/10 | Claims Bar Date: | 05/29/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 224 WESTRIDGE BLVD., BARTLETT, IL 60103 | 285,000.00 | 0.00 | DA | 0.00 | FA |
| 2. U.S. CURRENCY | 20.00 | 0.00 | DA | 0.00 | FA |
| 3. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 4. WEST SUBURBAN BANK: CHECKING | 820.00 | 0.00 | DA | 0.00 | FA |
| 5. WEST SUBURBAN BANK: SAVINGS | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 6. ORDINARY HOUSEHOLD GOODS AND FURNISHINGS NONE IN E | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7. ORDINARY WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 8. ORDINARY WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 9. WEDDING RING | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 10. COUNTY OF COOK DEFINED BENEFIT | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. DISTRICT 46-IMRF | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. 2004 NISSAN MAXIMA | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 13. 2000: KIA SEPHIA (123000 MILES) | 1,050.00 | 0.00 | DA | 0.00 | FA |
| 14. 2000 PONTIAC GRAND AM (133000 MILES) | 1,550.00 | 0.00 | DA | 0.00 | FA |
| 15. 2009 Tax Return (u) | 0.00 | 4,078.00 | | 4,078.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.27 | Unknown |

| TOTALS (Excluding Unknown Values) | $304,240.00 | $4,078.00 | | $4,078.27 | $0.00 |
| | | | | | Gross Value of Remaining Assets |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 12/31/10

Date: _____

LFORM1    Ver: 15.10b

Page: 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:     09-01302    SPS    Judge: SUSAN PIERSON SONDERBY
Case Name:   SEIDEL SR, ROBERT L
             SEIDEL, MARIE C

Trustee Name:                            PHILIP V. MARTINO
Date Filed (f) or Converted (c):         01/16/09 (f)
341(a) Meeting Date:                     02/25/09
Claims Bar Date:                         05/29/09

PHILIP V. MARTINO

Ver. 15.10b

LFORM1

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-01302 -SPS | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | SEIDEL SR, ROBERT L | | Bank Name: | BANK OF AMERICA, N.A. |
| | SEIDEL, MARIE C | | Account Number / CD #: | ******0315 BofA - Money Market Account |
| Taxpayer ID No: | ******0980 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 07/20/10 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/27/09 | 15 | Marie C. Seidel | May 1 payment | 1224-000 | 100.00 | | 100.00 |
| 05/27/09 | 15 | Marie C. Seidel | June 1 Payment | 1224-000 | 100.00 | | 200.00 |
| 06/26/09 | 15 | Marie C. Seidel | | 1224-000 | 100.00 | | 300.00 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 300.01 |
| 07/31/09 | 15 | Marie Seidel 224 Westridge Blvd. Bartlett, IL 60103 | August 1 Payment | 1224-000 | 100.00 | | 400.01 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 400.02 |
| 08/31/09 | 15 | Robert Seidel 220 Westridge Blvd Bartlett, IL | Sept. 1 Payment | 1224-000 | 100.00 | | 500.02 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 500.03 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 500.04 |
| 10/02/09 | 15 | Robert Seidel | October payment | 1224-000 | 100.00 | | 600.04 |
| 10/29/09 | 15 | Robert Seidel | November payment | 1224-000 | 100.00 | | 700.04 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 700.05 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 700.07 |
| 12/17/09 | 15 | Marie Seidel | December payment | 1224-000 | 100.00 | | 800.07 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 800.09 |
| 01/05/10 | 15 | Robert Seidel 224 Westbridge Blvd Bartlett, IL 60103 | January 2010 payment | 1224-000 | 100.00 | | 900.09 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 900.11 |
| 02/04/10 | 15 | Robert Seidel | February payment | 1224-000 | 100.00 | | 1,000.11 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 1,000.13 |
| 03/09/10 | 15 | Marie Seidel | | 1224-000 | 100.00 | | 1,100.13 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,100.16 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,100.19 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,100.22 |

| | | | | Page Subtotals | 1,100.22 | 0.00 | |

Page: 1

LFORM24 Ver: 15.10b

Page: 2

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-01302 -SPS
Case Name: SEIDEL, SR, ROBERT L
SEIDEL, MARIE C
Taxpayer ID No: *******0980
For Period Ending: 07/20/10

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0315  BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/21/10 | 15 | Marie C. Seidel | | 1224-000 | 2,978.00 | | 4,078.22 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 4,078.27 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 4,078.27 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 |
| Subtotal | | 4,078.27 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 4,078.27 | 0.00 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | 4,078.27 | 0.00 | 4,078.27 |
| BofA - Money Market Account - ********0315 | 4,078.27 | 0.00 | 4,078.27 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  2,978.05  0.00

LFORM24     Ver: 15.10b

ANALYSIS OF CLAIMS REGISTER

CASE NO:              09-01302-SPS
CASE NAME:            SEIDEL SR, ROBERT L
CLAIMS BAR DATE:      05/29/09
CLAIMS REVIEWED BY:   PHILIP V. MARTINO, Trustee

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
|  | PHILIP V. MARTINO<br>203 NORTH LASALLE STREET<br>SUITE 1800<br>CHICAGO, IL 60601 | Administrative |  | 0.00 | 994.57 | 994.57 |
|  | PHILIP V. MARTINO<br>203 NORTH LASALLE STREET<br>SUITE 1800<br>CHICAGO, IL 60601 | Administrative |  | 0.00 |  | 0.00 |
| 001<br>3210-00 | DLA Piper | Administrative |  |  | 2,415.50 | 2,415.50 |
|  |  | Subtotal for Class Administrative |  | 2,415.50 | 3,410.07 | 3,410.07 |
| 000001<br>070<br>7100-00 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured |  | 474.00 | 666.55 | 666.55 |
| 000002<br>070<br>7100-00 | Chase Bank USA<br>c/o WEINSTEIN & RILEY, P.S.<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121 | Unsecured |  | 197.00 | 361.62 | 361.62 |
| 000003<br>070<br>7100-00 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured |  | 2,306.00 | 2,564.58 | 2,564.58 |
| 000004<br>070<br>7100-00 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington DE 19850-5145 | Unsecured |  | 8,088.00 | 8,847.69 | 8,847.69 |
| 000005<br>070<br>7100-00 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington DE 19850-5145 | Unsecured |  | 3,906.00 | 4,292.43 | 4,292.43 |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000006 070 7100-00 | PYOD LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | 3,177.00 | 3,177.83 | 3,177.83 |
| 000007 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | 8,314.00 | 8,835.84 | 8,835.84 |
| 000008 070 7100-00 | Sallie Mae c/o Sallie Mae Inc. 220 Lasley Ave Wilkes-Barre, PA 18706 | Unsecured | | 13,780.00 | 14,120.08 | 14,120.08 |
| 000009 070 7100-00 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | | 0.00 | 5,370.20 | 5,370.20 |
| 000010 070 7100-00 | Recovery Management Systems Corporation For GE Money Bank dba MOHAWK/GEMB 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Unsecured | | 3,967.00 | 3,967.41 | 3,967.41 |
| 000011 070 7100-00 | Recovery Management Systems Corporation For GE Money Bank dba SAM'S CLUB 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Unsecured | | 399.00 | 327.32 | 327.32 |
| 000012 070 7100-00 | Recovery Management Systems Corporation For GE Money Bank dba LOWES CONSUMER 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Unsecured | | 2,698.00 | 2,848.03 | 2,848.03 |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000013 070 7100-00 | Recovery Management Systems Corporation For GE Money Bank dba SAM'S CLUB 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Unsecured | | 0.00 | 524.86 | 524.86 |
| | | Subtotal for Class Unsecured | | 47,306.00 | 55,904.44 | 55,904.44 |
| | | Case Totals: | | 49,721.50 | 59,314.51 | 59,314.51 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-01302
Case Name: SEIDEL SR, ROBERT L
           SEIDEL, MARIE C
Trustee Name: PHILIP V. MARTINO

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: PHILIP V. MARTINO | $ 994.56 | $ 0.00 |
| Attorney for trustee: DLA Piper | $ 2,415.50 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

UST Form 101-7-TFR (9/1/2009) *(Page: 9)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,904.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | PYOD LLC its successors and assigns as assignee of | $ 666.55 | $ 7.97 |
| 000002 | Chase Bank USA | $ 361.62 | $ 4.32 |

UST Form 101-7-TFR (9/1/2009) *(Page: 10)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | Discover Bank/DFS Services LLC | $ 2,564.58 | $ 30.65 |
| 000004 | Chase Bank USA NA | $ 8,847.69 | $ 105.75 |
| 000005 | Chase Bank USA NA | $ 4,292.43 | $ 51.30 |
| 000006 | PYOD LLC its successors and assigns as assignee of | $ 3,177.83 | $ 37.98 |
| 000007 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 8,835.84 | $ 105.60 |
| 000008 | Sallie Mae | $ 14,120.08 | $ 168.76 |
| 000009 | American Express Centurion Bank | $ 5,370.20 | $ 64.18 |
| 000010 | Recovery Management Systems Corporation | $ 3,967.41 | $ 47.42 |
| 000011 | Recovery Management Systems Corporation | $ 327.32 | $ 3.91 |
| 000012 | Recovery Management Systems Corporation | $ 2,848.03 | $ 34.04 |
| 000013 | Recovery Management Systems Corporation | $ 524.86 | $ 6.28 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |

UST Form 101-7-TFR (9/1/2009) (Page: 11)

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

  The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: froman                Page 1 of 2            Date Rcvd: Jul 23, 2010
Case: 09-01302                Form ID: pdf006             Total Noticed: 61


The following entities were noticed by first class mail on Jul 25, 2010.
db/jdb       +Robert L Seidel, Sr,    Marie C Seidel,    224 Westridge Blvd,    Bartlett, IL 60103-1347
aty          +James R Irving,    DLA Piper LLP US,    203 North LaSalle Street,    Chicago, IL 60601-1267
aty          +Robin C Reizner,    Law Offices Of Robin C Reizner,     8700 N Waukegan Road Ste 130,
               Morton Grove, IL 60053-2104
tr            Philip V Martino, ESQ,    Quarles & Brady,    300 N. LaSalle,    Suite 4000,    Chicago, IL  60654
13052742   ++++ASPIRE/CB&T,    9 CORPORATE RIDGE PKWY,    COLUMBUS GA  31907-3049
              (address filed with court: Aspire/cb&t,     9 Mutec Dr,    Columbus, GA 31907)
13052738     +Aes/chase Bank,    1200 N 7th St,    Harrisburg, PA 17102-1419
13052739      Aes/nct,    Reinsurance Dept Bankruptcy,    Unit 120 N 7th,    St Harrisburg, PA 17102
13052740     +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
13910889      American Express Centurion Bank,     c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13052741     +Arcadia Fin,    6533 Flying Cloud Dr,    Eden Prairie, MN 55344-3332
13052743     +Bac / Fleet Bankcard,    Po Box 26012,    Greensboro, NC 27420-6012
13052744     +Bank Of America,    Nc4-105-03-14,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8110
13052745     +Barclays Bank Delaware,    Attention: Customer Support Department,     Po Box 8833,
               Wilmington, DE 19899-8833
13052746     +Capital One Bank,    Attn: C/O TSYS Debt Management,     Po Box 5155,    Norcross, GA 30091-5155
13052749     +Chase,    Home Equity Loan Servicing,    P.O. Box 24714,    Columbus, OH 43224-0714
13883432     +Chase,    Home equity Loan Servcing,    POB 24714,    Columbus, OH 43224-0714
13052750     +Chase - Cc,    Attention: Banktruptcy Department,    Po Box 15298,    Wilmintgon, DE 19850-5298
13665257     +Chase Bank USA,    c/o WEINSTEIN & RILEY, P.S.,    2001 Western Avenue, Suite 400,
               Seattle, WA 98121-3132
13677285      Chase Bank USA NA,    PO BOX 15145,    Wilmington DE 19850-5145
13052752     +Citi,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
13052753     +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
13883434     +Citimortgage,    POB 9438,    Galthersburg, MD 20898-9438
13052754     +Citmortgage,    P.O. Box 9438,    Gaithersburg, MD 20898-9438
13052755     +Ctbk/harlem,    2700 Sanders Rd,    Prospect Heights, IL 60070-2701
13052757     +Exxmblciti,    Po Box 6497,    Sioux Falls, SD 57117-6497
13052758    ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
              (address filed with court: Ford Motor Credit Corporation,     National Bankruptcy Center,
               Po Box 537901,    Livonia, MI 48153)
13052759     +Fremont Investment & Loan,    Attention: Bankruptcy,    3110 Guasti Rd. Suite 500,
               Ontario, CA 91761-1228
13052762     +Hccredit/cit,    Po Box 829,    Springdale, AR 72765-0829
13052763     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13052764     +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
13052765     +Hsbc/rs,    90 Christiana Rd,    New Castle, DE 19720-3118
13052767     +Indymac Bank,    7700 W. Parmer Lane,    Bldg B 2nd Floor,    Austin, TX 78729-8101
13883435     +Indymac Bank,    POB 4045,    Kalamazoo, MI 49003-4045
13883436     +Indymac Bank,    Law Office Ira T Nevel,    175 N Franklin #201,    Chicago, iL 60606-1847
13052770     +Ocwen Federal Bank,    12650 Ingenuity Dr.,    Orlando, FL 32826-2703
13052771     +Providentbnk,    4221 International,    Atlanta, GA 30354-3914
13908784     +Sallie Mae,    c/o Sallie Mae Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
13052772     +Sallie Mae,    Attn: Claims Dept,    Po Box 9500,    Wilkes Barre, PA 18773-9500
13052774     +Saxon Mortgage Sercive,    4708 Mercantile Dr,    N Fortworth, TX 76137-3605
13052776     +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
13052775     +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
13052778     +Us Bank,    Po Box 20005,    Owensboro, KY 42304-0005
13052779     +Wash Mutual/Providian,    Attn: Bankruptcy Dept,    Po Box 10467,    Greenville, SC 29603-0467
13052781     +Washington Mutual Mortgage,    Attn: Bank. Department JAXA 2035,     7255 Bay Meadows Way,
               Jacksonville, FL 32256-6851
13052782     +Wells Fargo Hm Mortgag,    Attention: Bankruptcy Department  MAC-X,     3476 Stateview Blvd,
               Fort Mill, SC 29715-7203
13052783     +Wffinancial,    454 Reddington Dr Ste H,    South Elgin, IL 60177-2282

The following entities were noticed by electronic transmission on Jul 23, 2010.
13052748     +E-mail/Text: mmachnik@cn-bank.com                             Charter Bank,    1400 Irving Pk Rd,
               Hanover Park, IL 60133-2594
13052751      Fax: 602-221-4614 Jul 24 2010 00:43:19     Chase Automotive Finance,    P.O.Box 15700,
               Wilmington, DE 19886-5700
13670644      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 24 2010 02:30:13
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
13052756     +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 24 2010 02:30:14     Discover Financial,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
13903211      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 24 2010 02:15:36
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK  73124-8809
13052760     +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2010 02:29:20     GEMB / Walmart,
               Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
13052761     +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2010 02:29:20     Gemb/mohawk Color Cent,
               Po Box 981439,    El Paso, TX 79998-1439
13052768     +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2010 02:29:20     JC Penney,
               Attention: Bankruptcy Department,    Po Box 103106,    Roswell, GA 30076-9106
13052769     +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2010 02:29:20     Lowes / MBGA,
               Attention: Bankruptcy Department,    Po Box 103106,    Roswell, GA 30076-9106
13662070      E-mail/Text: resurgentbknotifications@resurgent.com
               PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
13913809     +E-mail/PDF: rmscedi@recoverycorp.com Jul 24 2010 02:41:35
               Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
```

```
District/off: 0752-1              User: froman                Page 2 of 2                 Date Rcvd: Jul 23, 2010
Case: 09-01302                    Form ID: pdf006             Total Noticed: 61

The following entities were noticed by electronic transmission (continued)
13913814       +E-mail/PDF: rmscedi@recoverycorp.com Jul 24 2010 02:29:27
                 Recovery Management Systems Corporation,   For GE Money Bank,   dba LOWES CONSUMER,
                 25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
13913808       +E-mail/PDF: rmscedi@recoverycorp.com Jul 24 2010 02:29:27
                 Recovery Management Systems Corporation,   For GE Money Bank,   dba MOHAWK/GEMB,
                 25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
13052773       +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2010 02:29:20          Sams Club,
                 Attention:  Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
13052777       +E-mail/Text: bkr@cardworks.com                                Spiegel,   Attn: Bankruptcy,
                 Po Box 9204,   Old Bethpage, NY 11804-9004
                                                                                             TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13052747        Cbc/mellon Bk
13052766        Hsbc/saks
13883433*       Chase Automotive Finance,   POB 15700,   Wilmington, DE  19886-5700
13052737       ##+Aegis Mortgage Corp,   Attn: Bankruptcy,   3250 Briarpark Dr Ste 400,   Houston, TX 77042-4462
13052780       ##+Washington Mutual / Providian,   Attn: Bankruptcy Dept.,   Po Box 10467,
                 Greenville, SC 29603-0467
                                                                                  TOTALS: 2, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 25, 2010**                          **Signature:**   _/s/ Joseph Speetjens_