SUSAN PIERSON SONDERBY
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| In re: | § | |
|---|---|---|
| | § | |
| SEIDEL SR, ROBERT L | § | Case No. 09-01302 |
| SEIDEL, MARIE C | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 304,240.00 | Assets Exempt: 37,610.00 |
| Total Distributions to Claimants: 668.37 | Claims Discharged Without Payment: 208,197.07 |
| Total Expenses of Administration: 3,410.06 | |

3) Total gross receipts of $ 4,078.43 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 4,078.43 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 343,013.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,410.06 | 3,410.06 | 3,410.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 200,267.00 | 55,904.44 | 55,904.44 | 668.37 |
| **TOTAL DISBURSEMENTS** | $ 543,280.00 | $ 59,314.50 | $ 59,314.50 | $ 4,078.43 |

    4) This case was originally filed under chapter 7 on 01/16/2009 . The case was pending for 20 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/21/2010          By:/s/PHILIP V. MARTINO
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009 Tax Return | 1224-000 | 4,078.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.43 |
| **TOTAL GROSS RECEIPTS** | | **$4,078.43** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Automotive Finance P.O.Box 15700 Wilmington, DE 19886-5700 | | 13,605.00 | NA | NA | 0.00 |
| Chase Home Equity Loan Servicing P.O. Box 24714 Columbus, OH 43224 | | 51,408.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Citmortgage P.O. Box 9438 Gaithersburg, MD 20898 | | 278,000.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | $ 343,013.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | 2100-000 | NA | 994.56 | 994.56 | 994.56 |
| DLA PIPER | 3210-000 | NA | 2,415.50 | 2,415.50 | 2,415.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,410.06 | $ 3,410.06 | $ 3,410.06 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Aegis Mortgage Corp Attn: Bankruptcy 3250 Briarpark Dr Ste 400 Houston, TX 77042 | | 0.00 | NA | NA | 0.00 |
| Aegis Mortgage Corp Attn: Bankruptcy 3250 Briarpark Dr Ste 400 Houston, TX 77042 | | 0.00 | NA | NA | 0.00 |
| Aes/chase Bank 1200 N 7th St Harrisburg, PA 17102 | | 34,409.00 | NA | NA | 0.00 |
| Aes/nct Reinsurance Dept Bankruptcy Unit 120 N 7th St Harrisburg, PA 17102 | | 41,823.00 | NA | NA | 0.00 |
| Aes/nct Reinsurance Dept Bankruptcy Unit 120 N 7th St Harrisburg, PA 17102 | | 33,049.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Aes/nct Reinsurance Dept Bankruptcy Unit 120 N 7th St Harrisburg, PA 17102 | | 6,212.00 | NA | NA | 0.00 |
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | 4,928.00 | NA | NA | 0.00 |
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | 4,928.00 | NA | NA | 0.00 |
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | 0.00 | NA | NA | 0.00 |
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | 0.00 | NA | NA | 0.00 |
| Arcadia Fin 6533 Flying Cloud Dr Eden Prairie, MN 55344 | | 0.00 | NA | NA | 0.00 |
| Aspire/cb&t 9 Mutec Dr Columbus, GA 31907 | | 7,620.00 | NA | NA | 0.00 |
| Bac / Fleet Bankcard Po Box 26012 Greensboro, NC 27420 | | 0.00 | NA | NA | 0.00 |
| Bac / Fleet Bankcard Po Box 26012 Greensboro, NC 27420 | | 0.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank Of America Nc4-105-03-14 4161 Piedmont Pkwy Greensboro, NC 27420 | | 6,932.00 | NA | NA | 0.00 |
| Barclays Bank Delaware Attention: Customer Support Department Po Box 8833 Wilmington, DE 19899 | | 1,415.00 | NA | NA | 0.00 |
| Barclays Bank Delaware Attention: Customer Support Department Po Box 8833 Wilmington, DE 19899 | | 441.00 | NA | NA | 0.00 |
| Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | 7,366.00 | NA | NA | 0.00 |
| Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | 2,093.00 | NA | NA | 0.00 |
| Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | 0.00 | NA | NA | 0.00 |
| Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | 0.00 | NA | NA | 0.00 |
| Cbc/mellon Bk | | 0.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Charter Bank 1400 Irving Pk Rd Hanover Park, IL 60103 | | 0.00 | NA | NA | 0.00 |
| Ctbk/harlem 2700 Sanders Rd Prospect Heights, IL 60070 | | 0.00 | NA | NA | 0.00 |
| Exxmblciti Po Box 6497 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| Ford Motor Credit Corporation National Bankruptcy Center Po Box 537901 Livonia, MI 48153 | | 0.00 | NA | NA | 0.00 |
| Ford Motor Credit Corporation National Bankruptcy Center Po Box 537901 Livonia, MI 48153 | | 0.00 | NA | NA | 0.00 |
| Fremont Investment & Loan Attention: Bankruptcy 3110 Guasti Rd. Suite 500 Ontario, CA 91761 | | 0.00 | NA | NA | 0.00 |
| GEMB / Walmart Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| Hccredit/cit Po Box 829 Springdale, AR 72765 | | 0.00 | NA | NA | 0.00 |
| Hsbc Bank Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 280.00 | NA | NA | 0.00 |
| Hsbc/rs 90 Christiana Rd New Castle, DE 19720 | | 0.00 | NA | NA | 0.00 |
| Hsbc/saks | | 0.00 | NA | NA | 0.00 |
| Indymac Bank 7700 W. Parmer Lane Bldg D 2nd Floor Austin, TX 78729 | | 0.00 | NA | NA | 0.00 |
| JC Penney Attention: Bankruptcy Department Po Box 103106 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| Ocwen Federal Bank 12650 Ingenuity Dr. Orlando, FL 32826 | | 0.00 | NA | NA | 0.00 |
| Providentbnk 4221 International Atlanta, GA 30354 | | 0.00 | NA | NA | 0.00 |
| Sams Club Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| Saxon Mortgage Sercive 4708 Mercantile Dr N Fortworth, TX 76137 | | 0.00 | NA | NA | 0.00 |
| Sears/cbsd 701 East 60th St N Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | 665.00 | NA | NA | 0.00 |
| Spiegel Attn: Bankruptcy Po Box 9204 Old Bethpage, NY 11804 | | 0.00 | NA | NA | 0.00 |
| Us Bank Po Box 20005 Owensboro, KY 42304 | | 0.00 | NA | NA | 0.00 |
| Washington Mutual Mortgage Attn: Bank. Department JAXA 2035 7255 Bay Meadows Way Jacksonville, FL 32256 | | 0.00 | NA | NA | 0.00 |
| Wells Fargo Hm Mortgag Attention: Bankruptcy Department MAC-X 3476 Stateview Blvd Fort Mill, SC 29715 | | 0.00 | NA | NA | 0.00 |
| Wells Fargo Hm Mortgag Attention: Bankruptcy Department MAC-X 3476 Stateview Blvd Fort Mill, SC 29715 | | 0.00 | NA | NA | 0.00 |
| Wells Fargo Hm Mortgag Attention: Bankruptcy Department MAC-X 3476 Stateview Blvd Fort Mill, SC 29715 | | 0.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Wells Fargo Hm Mortgag Attention: Bankruptcy Department MAC-X 3476 Stateview Blvd Fort Mill, SC 29715 | | 0.00 | NA | NA | 0.00 |
| Wffinancial 454 Reddington Dr Ste H South Elgin, IL 60177 | | 800.00 | NA | NA | 0.00 |
| AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 5,370.20 | 5,370.20 | 64.20 |
| CHASE BANK USA | 7100-000 | 197.00 | 361.62 | 361.62 | 4.32 |
| CHASE BANK USA NA | 7100-000 | 8,088.00 | 8,847.69 | 8,847.69 | 105.78 |
| CHASE BANK USA NA | 7100-000 | 3,906.00 | 4,292.43 | 4,292.43 | 51.32 |
| DISCOVER BANK/DFS SERVICES LLC | 7100-000 | 2,306.00 | 2,564.58 | 2,564.58 | 30.66 |
| FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | 8,314.00 | 8,835.84 | 8,835.84 | 105.64 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | 474.00 | 666.55 | 666.55 | 7.97 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | 3,177.00 | 3,177.83 | 3,177.83 | 37.99 |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | 3,967.00 | 3,967.41 | 3,967.41 | 47.44 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | 399.00 | 327.32 | 327.32 | 3.91 |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | 2,698.00 | 2,848.03 | 2,848.03 | 34.05 |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | NA | 524.86 | 524.86 | 6.28 |
| SALLIE MAE | 7100-000 | 13,780.00 | 14,120.08 | 14,120.08 | 168.81 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 200,267.00 | $ 55,904.44 | $ 55,904.44 | $ 668.37 |

Page: 1
Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 09-01302  SPS  Judge: SUSAN PIERSON SONDERBY
Case Name: SEIDEL SR, ROBERT L
SEIDEL, MARIE C
For Period Ending: 09/21/10

Trustee Name: PHILIP V. MARTINO
Date Filed (f) or Converted (c): 01/16/09 (f)
341(a) Meeting Date: 02/25/09
Claims Bar Date: 05/29/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 224 WESTRIDGE BLVD., BARTLETT, IL 60103 | 285,000.00 | 0.00 | DA | 0.00 | FA |
| 2. U.S. CURRENCY | 20.00 | 0.00 | DA | 0.00 | FA |
| 3. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 4. WEST SUBURBAN BANK: CHECKING | 820.00 | 0.00 | DA | 0.00 | FA |
| 5. WEST SUBURBAN BANK: SAVINGS | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 6. ORDINARY HOUSEHOLD GOODS AND FURNISHINGS NONE IN E | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7. ORDINARY WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 8. ORDINARY WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 9. WEDDING RING | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 10. COUNTY OF COOK DEFINED BENEFIT | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. DISTRICT 46-IMRF | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. 2004 NISSAN MAXIMA | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 13. 2000: KIA SEPHIA (123000 MILES) | 1,050.00 | 0.00 | DA | 0.00 | FA |
| 14. 2000 PONTIAC GRAND AM (133000 MILES) | 1,550.00 | 0.00 | DA | 0.00 | FA |
| 15. 2009 Tax Return (u) | 0.00 | 4,078.00 | | 4,078.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.43 | Unknown |

TOTALS (Excluding Unknown Values)  $304,240.00  $4,078.00  $4,078.43  Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)  $0.00

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 12/31/10

LFORM1  UST Form 101-7-TDR (9/1/2009) (Page: 13)

Ver: 15.20

Page: 1
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-01302 -SPS
Case Name: SEIDEL SR, ROBERT L / SEIDEL, MARIE C
Taxpayer ID No: *******0980
For Period Ending: 09/21/10

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0315 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/27/09 | 15 | Marie C. Seidel | May 1 payment | 1224-000 | 100.00 | | 100.00 |
| 05/27/09 | 15 | Marie C. Seidel | June 1 Payment | 1224-000 | 100.00 | | 200.00 |
| 06/26/09 | 15 | Marie C. Seidel | | 1224-000 | 100.00 | | 300.00 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 300.01 |
| 07/31/09 | 15 | Marie Seidel 224 Westridge Blvd. Bartlett, IL 60103 | August 1 Payment | 1224-000 | 100.00 | | 400.01 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 400.02 |
| 08/31/09 | 15 | Robert Seidel 220 Westridge Blvd. Bartlett, IL | Sept. 1 Payment | 1224-000 | 100.00 | | 500.02 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 500.03 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 500.04 |
| 10/02/09 | 15 | Robert Seidel | October payment | 1224-000 | 100.00 | | 600.04 |
| 10/29/09 | 15 | Robert Seidel | November payment | 1224-000 | 100.00 | | 700.04 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 700.05 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 700.07 |
| 12/17/09 | 15 | Marie Seidel | December payment | 1224-000 | 100.00 | | 800.07 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 800.09 |
| 01/05/10 | 15 | Robert Seidel 224 Westbridge Blvd. Bartlett, IL 60103 | January 2010 payment | 1224-000 | 100.00 | | 900.09 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 900.11 |
| 02/04/10 | 15 | Robert Seidel | February payment | 1224-000 | 100.00 | | 1,000.11 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 1,000.13 |
| 03/09/10 | 15 | Marie Seidel | | 1224-000 | 100.00 | | 1,100.13 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,100.16 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,100.19 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,100.22 |

Page Subtotals  1,100.22  0.00

LFORM24  UST Form 101-7-TDR (9/1/2009) (Page: 14)  Ver. 15.20

Page: 2
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-01302 -SPS
Case Name: SEIDEL, SR, ROBERT L / SEIDEL, MARIE C
Taxpayer ID No: *******0980
For Period Ending: 09/21/10

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0315 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/21/10 | 15 | Marie C. Seidel | | 1224-000 | 2,978.00 | | 4,078.22 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 4,078.27 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,078.37 |
| 08/17/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 4,078.43 |
| 08/17/10 | | Transfer to Acct #*******0522 | Final Posting Transfer | 9999-000 | | 4,078.43 | 0.00 |
| | | | COLUMN TOTALS | | 4,078.43 | 4,078.43 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 4,078.43 | |
| | | | Subtotal | | 4,078.43 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 4,078.43 | 0.00 | |

Page Subtotals  2,978.21   4,078.43

LFORM24 UST Form 101-7-TDR (9/1/2009) (Page: 15)  Ver: 15.20

Page: 3
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-01302 -SPS
Case Name: SEIDEL SR, ROBERT L
SEIDEL, MARIE C
Taxpayer ID No: *******0980
For Period Ending: 09/21/10

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0522 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/17/10 | | Transfer from Acct #*******0315 | Transfer In From MMA Account | 9999-000 | 4,078.43 | | 4,078.43 |
| 08/17/10 | 003001 | PHILIP V. MARTINO 203 NORTH LASALLE STREET SUITE 1800 CHICAGO, IL 60601 | Chapter 7 Compensation/Fees | 2100-000 | | 994.56 | 3,083.87 |
| 08/17/10 | 003002 | DLA Piper | Attorney for Trustee Fees (Other Fi | 3210-000 | | 2,415.50 | 668.37 |
| 08/17/10 | 003003 | PYOD LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000001, Payment 1.19571% | 7100-000 | | 7.97 | 660.40 |
| 08/17/10 | 003004 | Discover Bank/DFS Services LLC PO Box 3025 New Albany, OH 43054-3025 | Claim 000003, Payment 1.19552% | 7100-000 | | 30.66 | 629.74 |
| 08/17/10 | 003005 | Chase Bank USA NA PO BOX 15145 Wilmington DE 19850-5145 | Claim 000004, Payment 1.19557% | 7100-000 | | 105.78 | 523.96 |
| 08/17/10 | 003006 | Chase Bank USA NA PO BOX 15145 Wilmington DE 19850-5145 | Claim 000005, Payment 1.19559% | 7100-000 | | 51.32 | 472.64 |
| 08/17/10 | 003007 | PYOD LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000006, Payment 1.19547% | 7100-000 | | 37.99 | 434.65 |
| 08/17/10 | 003008 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000007, Payment 1.19559% | 7100-000 | | 105.64 | 329.01 |
| 08/17/10 | 003009 | Sallie Mae | Claim 000008, Payment 1.19553% | 7100-000 | | 168.81 | 160.20 |
| | | | Page Subtotals | | 4,078.43 | 3,918.23 | |

LFORM24 UST Form 101-7-TDR (9/1/2009) (Page: 16)

Ver: 15.20

Page: 4
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-01302 -SPS
Case Name: SEIDEL SR, ROBERT L
SEIDEL, MARIE C
Taxpayer ID No: \*\*\*\*\*\*\*0980
For Period Ending: 09/21/10

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: \*\*\*\*\*\*0522 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/17/10 | 003010 | c/o Sallie Mae Inc. 220 Lasley Ave Wilkes-Barre, PA 18706 | Claim 000009, Payment 1.19549% | 7100-000 | | 64.20 | 96.00 |
| 08/17/10 | 003011 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000010, Payment 1.19574% | 7100-000 | | 47.44 | 48.56 |
| 08/17/10 | 003012 | Recovery Management Systems Corporation For GE Money Bank dba MOHAWK/GEMB 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Claim 000012, Payment 1.19556% | 7100-000 | | 34.05 | 14.51 |
| 08/17/10 | 003013 | Recovery Management Systems Corporation For GE Money Bank dba LOWES CONSUMER 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Claim 000013, Payment 1.19651% | 7100-000 | | 6.28 | 8.23 |
| 08/17/10 | 003014 | Chase Bank USA c/o WEINSTEIN & RILEY, P.S. 2001 Western Avenue, Suite 400 Seattle, WA 98121 | Final Distribution Final Distribution | 7100-000 | | 4.32 | 3.91 |
| 08/17/10 | 003015 | Recovery Management Systems Corporation For GE Money Bank dba SAM'S CLUB 25 SE 2nd Ave Ste 1120 | Final Distribution Final Distribution | 7100-000 | | 3.91 | 0.00 |
| | | | Page Subtotals | | 0.00 | 160.20 | |

LFORM24 UST Form 101-7-TDR (9/1/2009) (Page: 17)

Ver: 15.20

Page: 5
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-01302 -SPS | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | SEIDEL SR, ROBERT L / SEIDEL, MARIE C | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******0980 | Account Number / CD #: | *******0522 BofA - Checking Account |
| For Period Ending: | 09/21/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Miami FL 33131 | | | | | 0.00 |
| | | | COLUMN TOTALS | | 4,078.43 | 4,078.43 | |
| | | | Less: Bank Transfers/CD's | | 4,078.43 | 0.00 | |
| | | | Subtotal | | 0.00 | 4,078.43 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 4,078.43 | |

|  |  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | | |
| BofA - Money Market Account - *********0315 | | 4,078.43 | 0.00 | 0.00 |
| BofA - Checking Account - *********0522 | | 0.00 | 4,078.43 | 0.00 |
| | | 4,078.43 | 4,078.43 | 0.00 |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00